UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LACREASHA A. KENNEDY-JARVIS,<br>LASHAWN D. LEWIS, and<br>DEREK JARVIS,<br>          Plaintiffs' | )<br>)<br>)<br>)<br>) | Civil Action No. 13-cv-01596 RDM |
| vs. | )<br>) | Diversity<br>Breach of Fiduciary Duty |
| CALVIN R. WELLS, Administrator of the<br>Estate of Rose E. Walker,<br>          Defendant. | )<br>)<br>)<br>)<br>) | Civil Conversion<br>Tort of Deceit-Fraud<br>Damages<br>Jury Demand |

**DEFENDANT COUNTER PLAINTIFF
REQUEST FOR GUIDANCE UPON JUDGMENT
AND REQUEST FOR FED R. CIV. P. 16 STATUS CONFERENCE
UPON COUNTERCLAIM**

**COMES NOW**, the Defendant Counter Plaintiff Calvin R. Wells, hereinafter "Wells", and pursuant to Fed. R. Civ. P. 16, and LCvR 16.4, and hereby request that this Court conduct a Status Conference in order to clarify the Order-filed on July 1, 2016, [Dkt. 85] denying the plaintiffs' claims, and granting Wells motion for summary judgment. Wells further request that this Court provide guidance regarding proceeding upon the Counterclaim. In support of this request for clarification and guidance, Wells states as follows:

1. On July 1, 2016, this Court entered an Order denying the plaintiffs' motion for summary judgment and granted Wells motion for summary judgment. [Dkt. 85]

2. The July 1, 2016-Order stated, in relevant part: "This Order constitutes the judgment of the Court." The July 1, 2016-Order does not reference or address Wells counterclaim. [Dkt. 85]

Page 1 of 2

3. On July 6, 2016, notwithstanding the July 1, 2016-Order of judgment of this Court, plaintiffs' counsel, has indicated that the plaintiffs' intend to pursue this matter in the New Jersey State Court. (See. James T. Zeas, Esq., July 6, 2016-email, attached hereto, as Exhibit "A")

4. Based upon plaintiffs' counsel's correspondence, it appears that, notwithstanding the judgment of this court, the plaintiffs' intend to seek relief from a State Court, upon the very issues adjudicated by this Court. Wells request clarification of this Court's July 1, 2016-Order. [Dkt. 85]

5. Wells request that this Court schedule a status conference regarding the outstanding counterclaim, in order to provide Wells guidance in order to proceed upon the counterclaim.

Respectfully submitted,

**LAW OFFICES OF ROGER MOORE**

By /s/ Roger Moore, Esq.
Roger Moore, Esq.  Pro Hac Vice
Attorney for the Defendant
Calvin R. Wells
Post Office Box 1441
Albuquerque, New Mexico 87103-1441
(505) 255-2900 - Telephone
(505) 255-2545 - Facsimile
Email: Rogermoore007.2@juno.com

**CERTIFICATE OF SERVICE**

I hereby certify that on *July 11, 2016*, a true and correct copy of the foregoing was emailed [j-zeas@nlaw.northwestern.edu]to legal counsel for the plaintiffs' James T. Zeas, Esq., Box 812, Silver Spring, Maryland 20918.

/s/ Roger Moore, Esq.
Roger Moore, Esq.

# JUNO Message Center

**From:** James Zeas <j-zeas@nlaw.northwestern.edu>

**To:** "rogermoore007.2@juno.com" <rogermoore007.2@juno.com>

**Sent:** Wed, Jul 06, 2016 01:27 PM

**Subject:** Re: Lacreasha Kennedy-Jarvis et. al. vs. Calvin R. Wells No. 13-1596 (RDM)

---

Thank you Mr. Moore - the case was dismissed for SOL reasons due to former counsel's neglect - we shall be proceeding in New Jersey against Mr. Wells forthwith as promised during the federal case.

On Sat, Jul 2, 2016 at 2:31 PM, rogermoore007.2@juno.com <rogermoore007.2@juno.com> wrote:
Dear Mr. Zeas:
Â
I hope that all is well. Attached, for your review and response, is a copy of the Law Office of Roger Moore, Roger Moore, Esq., July 2, 2016-letter regarding the above referenced matter.
Â
Regards,
Â
Roger Moore, Esq.
Â
Attachment: as noted
Â
xc: file

---

**Affordable Wireless Plans**
Set up is easy. Get online in minutes.
Starting at only $9.95 per month!
www.netzero.net

Exhibit "A"